AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| MEDIANEWS GROUP, INC. and<br>CHARLESTON PUBLISHING COMPANY,<br><br>*Plaintiff(s)*<br>v.<br>DAILY GAZETTE COMPANY and<br>DAILY GAZETTE HOLDING COMPANY, LLC<br><br>*Defendant(s)* | Civil Action No. 2:17-CV-03921 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    DAILY GAZETTE COMPANY and
    DAILY GAZETTE HOLDING COMPANY, LLC
    c/o Richard F. Neely, Esq.
    Neely & Callaghan
    159 Summers St Ste 310
    Charleston, WV  25301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Steven L. Thomas, Esq.
    Kay Casto & Chaney PLLC
    707 Virginia Street, E.
    Suite 1500
    Charleston, WV  25301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                                                *CLERK OF COURT*

Date: 9/19/2017                                                                                  s/Ted J. Philyaw
                                                                                            *Signature of Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:17-CV-03921

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Daily Gazette Co and Daily Gazette Holding Co. LLC
was received by me on *(date)* 09/19/2017 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: I served the summons on Richard F. Neely, Esq., counsel for the Defendants, Daily Gazette Company and Daily Gazette Holding Company, Inc., who agreed to accept service of process on behalf of both Defendants, on September 5, 2017.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/19/2017

/s/ Steven L. Thomas
*Server's signature*

Steven L. Thomas, Esq.
*Printed name and title*

Kay Casto & Chaney PLLC
P.O. Box 2031
Charleston, WV 25327
*Server's address*

Additional information regarding attempted service, etc: