IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**MEDIANEWS GROUP, INC. and**
**CHARLESTON PUBLISHING**
**COMPANY,**

              **Petitioners,**

v.                                                  **Civil Action No. 2:17-cv-03921**
                                                      **(Judge Johnston)**

**DAILY GAZETTE COMPANY and**
**DAILY GAZETTE HOLDING**
**COMPANY, LLC,**

              **Respondents.**

## MOTION TO CONFIRM ARBITRATOR'S AWARD

Pursuant to 9 U.S.C. § 9, Petitioners, MediaNews Group, Inc. and Charleston Publishing Company ("Petitioners"), by their undersigned counsel, move the Court to confirm the Final Arbitration Award dated August 28, 2017 ("Award"), in favor of Petitioners against Daily Gazette Company and Daily Gazette Holding Company, LLC. Under the Federal Arbitration Act ("FAA"), the Court "***must*** confirm an arbitration award unless the award is vacated, modified, or corrected." 9 U.S.C. § 9 (emphasis added); see Elkland Holdings LLC v. Eagle Mining, LLC, No. 2:14-CV-15043, 2015 WL 13037115, at *16 (S.D.W. Va. July 29, 2015).

**WHEREFORE**, because Respondents' arguments in support of their Motion to Vacate are without merit as more fully explained in the Petitioners' Combined (i) Response in Opposition to Respondents' Motion to Vacate Arbitrator's Award and (ii) Memorandum in Support of Motion to Confirm Arbitrator's Award,[1] Petitioners respectfully request that the

---

[1] The points and authorities set forth in the Petitioners' Combined (i) Response in Opposition to Respondents' Motion to Vacate Arbitrator's Award and (ii) Memorandum in Support of Motion to Confirm Arbitrator's Award are incorporated herein by reference in support of this Motion.

Court confirm the Award under the FAA and enter a judgment in favor of Petitioners consistent with the Award.

**MediaNews Group, Inc. and Charleston Publishing Company**,

**Petitioners,**

By Counsel:

/s/  Thomas H. Ewing
Steven L. Thomas (WVSB #3738)
Thomas H. Ewing (WVSB #9655)
Courtney A. Kirtley (WVSB #9414)
Kay Casto & Chaney PLLC
P. O. Box 2031
Charleston, West Virginia  25327
(304) 345-8900 / telephone
(304) 345-8909 / fax
sthomas@kaycasto.com
*Counsel for Petitioners MediaNews Group, Inc.*
*and Charleston Publishing Company*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**MEDIANEWS GROUP, INC. and
CHARLESTON PUBLISHING
COMPANY,**

        **Petitioners,**

v.                                      **Civil Action No. 2:17-cv-03921
                                         (Judge Johnston)**

**DAILY GAZETTE COMPANY and
DAILY GAZETTE HOLDING
COMPANY, LLC,**

        **Respondents.**

## CERTIFICATE OF SERVICE

I, Thomas H. Ewing, do hereby certify that on this 6th day of October, 2017, I have electronically filed the foregoing ***MOTION TO CONFIRM ARBITRATOR'S AWARD*** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

        Richard Neely
        Neely & Callaghan
        159 Summers Street, Suite 310
        Charleston, WV 25301
        rneely@neelycallaghan.com
          *Counsel for Respondents*

                                          /s/ Thomas H. Ewing
                                          Thomas H. Ewing (WVSB #9655)