IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

MEDIANEWS GROUPS, INC. et al.,

          Plaintiffs,

v.                               CIVIL ACTION NO.   2:17-cv-03921

DAILY GAZETTE COMPANY, et al.,

          Defendants.

**ORDER AND NOTICE**

Pursuant to LR Civ P 16.1, it is **ORDERED** that the following dates are hereby fixed as the time by or on which certain events must occur:

**11/13/17**    Motion Under FR Civ P 12(b), together with supporting briefs, memoranda, affidavits, or other such matter in support thereof.  (All motions unsupported by memoranda will be denied without prejudice pursuant to LR Civ P 7.1(a).)

**11/20/17**    Last day for Rule 26(f) meeting.

**11/27/17**    Last day to file Report of Parties' Planning Meeting and Scheduling Order Worksheet, available on the court's website.   See LR Civ P 16.1.

**12/01/17**    Telephonic Scheduling Conference at **2:30 p.m.**, before the undersigned, unless canceled.

**12/06/17**    Entry of Scheduling Order.

**12/15/17**    Last day to serve FR Civ P 26(a)(1) disclosures.

## NOTICE

The provision of FR Civ P 14 and 15 with respect to the time in which to file third-party claims and to amend pleadings without leave of court are not affected by this Order and Notice.

Pursuant to LR Civ P 16.1 and 73.1, the parties are informed of their opportunity to consent to the exercise by a magistrate judge of civil jurisdiction over the case, including entry of judgment, as authorized by 28 U.S.C. § 636.  The parties may consent by filing a Consent to Jurisdiction by a United States Magistrate Judge (FR Civ P From 34), or by so indicating on the Report of Parties' Planning Meeting and Scheduling Order Worksheet, all of which are available on the Court's website.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:	October 31, 2017

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE