IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

MEDIANEWS GROUPS, INC. et al.,

        Plaintiffs,

v.                                CIVIL ACTION NO.   2:17-cv-03921

DAILY GAZETTE COMPANY, et al.,

        Defendants.

**ORDER**

For reasons appearing to the Court, the Order and Notice entered on October 31, 2017 is **VACATED**.  (ECF No. 14.)   The Court will proceed on the parties' briefing.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

        ENTER:       November 17, 2017

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE