# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**MEDIANEWS GROUP, INC. and**
**CHARLESTON PUBLISHING**
**COMPANY,**

                **Petitioners,**

v.                                        Civil Action No. 2:17-cv-03921
                                            (Judge Johnston)

**DAILY GAZETTE COMPANY and**
**DAILY GAZETTE HOLDING**
**COMPANY, LLC,**

                **Respondents.**

### JUDGMENT ORDER CONFIRMING ARBITRATION AWARD

For the reasons more fully set forth in the Court's Memorandum Opinion and Order entered on January 19, 2018 [Doc. 19], granting Petitioner's Motion to Confirm Arbitration Award, the Final Arbitration Award entered in favor of the Petitioners on August 28, 2017 by Arbitrator, Edward D. McDevitt, is hereby **CONFIRMED** in all respects pursuant to 9 U.S.C. § 9.

Accordingly, it is hereby **ORDERED, ADJUDGED** and **DECREED** that judgment be and hereby is entered in favor of the Petitioners, MediaNews Group, Inc. and Charleston Publishing Company, against Daily Gazette Company and Daily Gazette Holding Company, LLC, Respondents, jointly and severally, in the amount of **$3,795,000.00** plus interest at the rate of 7% per annum, or **$108,443.69** as of January 24, 2018, plus $727.81 per diem from

January 24, 2018, to the date of this judgment order. Post-judgment interest on all aspects of this judgment order shall accrue at the rate established by 28 U.S.C. § 1961.

ENTER: _____

_____
THOMAS E. JOHNSTON
Southern District of West Virginia

PREPARED AND SUBMITTED BY:

/s/  Steven L. Thomas
Steven L. Thomas (WVSB #3738)
Thomas H. Ewing (WVSB #9655)
Courtney A. Kirtley (WVSB #9414)
Kay Casto & Chaney PLLC
P. O. Box 2031
Charleston, West Virginia  25327
(304) 345-8900 / telephone
(304) 345-8909 / fax
sthomas@kaycasto.com
   *Counsel for Petitioners MediaNews Group, Inc.*
   *and Charleston Publishing Company*