**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

MEDIANEWS GROUPS, INC. et al.,

        Plaintiffs,

v.                              CIVIL ACTION NO.   2:17-cv-03921

DAILY GAZETTE COMPANY, et al.,

        Defendants.

**ORDER**

Pursuant to the bankruptcy proceedings before the Southern District of West Virginia involving Daily Gazette Company, the Court **STAYS** the above-styled action until further order by this Court.  The Court further **DIRECTS** the Clerk to remove this matter from the Court's active docket.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                ENTER:     July 24, 2018

                                    _____

THOMAS E. JOHNSTON, CHIEF JUDGE