IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

MEDIANEWS GROUPS, INC. et al.,

        Plaintiffs,

v.                                      CIVIL ACTION NO.   2:17-cv-03921

DAILY GAZETTE COMPANY, et al.,

        Defendants.

**ORDER**

The Court has received notice that the bankruptcy proceedings involving the Daily Gazette Company have concluded.  Accordingly, the Court **LIFTS** the stay in this case and **DIRECTS** the Clerk's Office to return this case to the active docket.  Further, the Court **ORDERS** the parties to file a status report within **10 days** of the date of this order.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                        ENTER:        November 18, 2020

                                                                              
THOMAS E. JOHNSTON, CHIEF JUDGE